United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER SEGOBIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESUS YANEZ, individually and in his official capacity as Police Officer for the City of Soledad; and DOES 1-10, inclusive, individually and in their capacities as officers for the City of Soledad,<br><br>　　　　Defendant(s). | Case No. 14-CV-05341-LHK<br><br>**ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a joint case management statement seven (7) days in advance of the initial case management conference set for June 24, 2015, at 2:00 p.m., as required under Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9(a).  The Court hereby ORDERS the parties to file one joint case management statement by Monday, June 22, 2015, at noon.

**IT IS SO ORDERED.**

Dated: June 18, 2015

_____
LUCY H. KOH
United States District Judge

1
Case No. 14-CV-05341-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT