UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER J. SEGOBIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESUS YANEZ, individually and in his official capacity as Police Officer for the City of Soledad; and DOES 1-10, inclusive, individually and in their capacities as officers for the City of Soledad,<br><br>　　　　Defendant(s). | Case No. 14-CV-05341-LHK<br><br>**ORDER TO FILE PROOF OF SERVICE AND AFFIDAVIT ESTABLISHING GOOD CAUSE FOR UNTIMELY SERVICE** |

Plaintiff states in his case management statement that Defendant "was served on May 14, 2015," and that "[a]n answer has yet to be filed." ECF No. 12 at 1. However, under Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff was required to serve Defendant with copies of the summons and complaint by April 3, 2015, which is 120 days from the filing of Plaintiff's complaint. In addition, Plaintiff has not yet filed with the Court proof that Defendant was in fact served. Accordingly, by tomorrow, June 23, 2015, at 5:00 p.m., the Court hereby ORDERS Plaintiff to file proof of service as well as an affidavit establishing "good cause" for Plaintiff's untimely service. Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

Dated: June 22, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No. 14-CV-05341-LHK
ORDER TO FILE PROOF OF SERVICE AND AFFIDAVIT ESTABLISHING GOOD CAUSE FOR UNTIMELY SERVICE