UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER J. SEGOBIA,<br><br>          Plaintiff,<br><br>     v.<br><br>JESUS YANEZ, individually and in his official capacity as Police Officer for the City of Soledad; and DOES 1-10, inclusive, individually and in their capacities as officers for the City of Soledad,<br><br>          Defendant(s). | Case No. 14-CV-05341-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: DeWitt Lacy
Defendant's Attorney: Failed to Appear

An initial case management conference was held on June 24, 2015. A further case management conference is set for August 12, 2015, at 2:00 p.m. The Court will set a case schedule at the next case management conference. The parties shall file their joint case management statement by August 5, 2015.

Having reviewed Plaintiff's affidavit, ECF No. 15, the Court finds good cause to excuse Plaintiff's untimely service, Fed. R. Civ. P. 4(m).

By July 24, 2015, Defendant shall answer or otherwise respond to Plaintiff's complaint.

The parties shall exchange initial disclosures by August 5, 2015.

1

Case No. 14-CV-05341-LHK
CASE MANAGEMENT ORDER

**IT IS SO ORDERED.**

Dated: June 24, 2015

_____
LUCY H. KOH
United States District Judge

Case No. 14-CV-05341-LHK
CASE MANAGEMENT ORDER