UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER J. SEGOBIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JESUS YANEZ, individually and in his official capacity as Police Officer for the City of Soledad; and DOES 1-10, inclusive, individually and in their capacities as officers for the City of Soledad,<br><br>　　　　　Defendant(s). | Case No. 14-CV-05341-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: DeWitt Lacy
Defendant's Attorney: Vincent Hurley

　　　A case management conference was held on August 12, 2015.  A further case management conference is set for December 2, 2015, at 2:00 p.m.  The parties shall file their joint case management statement by November 25, 2015.

　　　The Court hereby refers the parties to a settlement conference with U.S. Magistrate Judge Nathanael M. Cousins with a deadline of November 16, 2015.

　　　Each side may file only one dispositive motion in the whole case.

　　　The Court set the following case schedule:

1

Case No. 14-CV-05341-LHK
CASE MANAGEMENT ORDER

| Scheduled Event | Date |
|---|---|
| Last Day to Amend the Pleadings or Add Parties | October 30, 2015 |
| Deadline to Complete ADR | November 16, 2015 |
| Further CMC | December 2, 2015, at 2:00 p.m. |
| Fact Discovery Cutoff | January 29, 2016 |
| Opening Expert Reports | February 26, 2016 |
| Rebuttal Expert Reports | March 11, 2016 |
| Close of Expert Discovery | March 25, 2016 |
| Last Day to File Dispositive Motions (one per side in whole case) | April 14, 2016 |
| Hearing on Dispositive Motions | May 26, 2016, at 1:30 p.m. |
| Final Pretrial Conference | July 21, 2016, at 1:30 p.m. |
| Jury Trial | August 1, 2016, at 9:00 a.m. |
| Length of Trial | 4 days |

**IT IS SO ORDERED.**

Dated: August 12, 2015

_____
LUCY H. KOH
United States District Judge