1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12   CHRISTOPHER J. SEGOBIA,                    Case No. 14-CV-05341-LHK

13             Plaintiff,                       **ORDER GRANTING IN PART
                                                PLAINTIFF'S REQUEST TO VACATE**
14        v.                                    **PENDING COURT DATES AND
                                                DEADLINES**
15   JESUS YANEZ,
                                                Re:  Dkt. No. 25
16             Defendant.

17

18        On October 19, 2015, Plaintiff Christopher J. Segobia filed a Notice of Settlement and

19   requested that the Court vacate all pending court dates and deadlines.  ECF No. 25.  Plaintiff

20   informed the Court that the settlement should be finalized within sixty days or less.  *Id.*

21   Accordingly, the Court hereby VACATES the settlement conference set for October 27, 2015, at

22   9:30 a.m.  The December 2, 2015 case management conference is CONTINUED to December 16,

23   2015, at 2 p.m.  The rest of the case schedule remains as set.  The Court will vacate the remaining

24   dates and deadlines, including the pretrial conference and trial, upon the filing of a stipulation of

25   dismissal.

26

27                                                      1

28   Case No. 14-CV-05341-LHK
     ORDER GRANTING IN PART PLAINTIFF'S REQUEST TO VACATE PENDING COURT DATES AND
     DEADLINES

United States District Court
Northern District of California

1   **IT IS SO ORDERED.**

2

3   Dated:  October 19, 2015

4   _____

5   LUCY H. KOH
   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. 14-CV-05341-LHK
ORDER GRANTING IN PART PLAINTIFF'S REQUEST TO VACATE PENDING COURT DATES AND
DEADLINES