JOHN L. BURRIS, Esq. (SBN 69888)
DeWITT M. LACY, Esq. (SBN 258789)
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
john.burris@johnburrislaw.com
dewitt.lacy@johnburrislaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. SEGOBIA;<br><br>             Plaintiff,<br><br>     v.<br><br>JESUS YANEZ, individually and in his official capacity as Police Officer for the City of Soledad; and DOES 1-10, inclusive, individually and in their capacities as officers for the City of Soledad,<br><br>             Defendants. | CASE NO.: 5:14-cv-05341-LHK<br><br>~~[PROPOSED]~~ **ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL** |

     Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Christopher Segobia's Motion for Voluntary Dismissal is granted. The action is herewith ordered dismissed.  The Clerk shall close the case file.

//

//

//

//

~~[PROPOSED]~~ ORDER GRANTING
MOTION FOR VOLUNTARY DISMISSAL
CASE NO. 5:14-CV-05341-LHK

//

**IT IS SO ORDERED.**

DATED:  December 7, 2015

_____
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING
MOTION FOR VOLUNTARY DISMISSAL
CASE NO. 5:14-CV-05341-LHK